# EXHIBIT B

CHARLES E. GRASSLEY, IOWA, CHAIRMAN

ORRIN G. HATCH, UTAH
LINDSEY O. GRAHAM, SOUTH CAROLINA
JOHN CORNYN, TEXAS
MICHAEL S. LEE, UTAH
TED CRUZ, TEXAS
BEN SASSE, NEBRASKA
JEFF FLAKE, ARIZONA
MIKE CRAPO, IDAHO
THOM TILLIS, NORTH CAROLINA
JOHN KENNEDY, LOUISIANA

DIANNE FEINSTEIN, CALIFORNIA
PATRICK J. LEAHY, VERMONT
RICHARD J. DURBIN, ILLINOIS
SHELDON WHITEHOUSE, RHODE ISLAND
AMY KLOBUCHAR, MINNESOTA
CHRISTOPHER A. COONS, DELAWARE
RICHARD BLUMENTHAL, CONNECTICUT
MAZIE K. HIRONO, HAWAII
CORY A. BOOKER, NEW JERSEY
KAMALA D. HARRIS, CALIFORNIA

KOLAN L. DAVIS, Chief Counsel and Staff Director
JENNIFER DUCK, Democratic Chief Counsel and Staff Director

**United States Senate**

COMMITTEE ON THE JUDICIARY

WASHINGTON, DC 20510-6275

January 25, 2018

**VIA EMAIL**

Mr. Robert Foresman



Dear Mr. Foresman:

As a long-time investment banker in Russia, you have developed relationships with senior Kremlin officials and have expressed your passion for private diplomacy to help foster improved U.S.-Russia relations.[1] The Committee has reason to believe that you sought to engage the Trump campaign in discussions concerning outreach from senior Kremlin officials. Given these ties, we believe that you may have information that would assist the Committee in its investigation related to Russian interference in the 2016 presidential election. Accordingly, we are writing to request documents and schedule an interview with you in February 2018.

The Intelligence Community has concluded that Russia interfered in the 2016 election, with the goal of undermining faith in our democratic processes and harming Secretary Clinton's candidacy.[2] As explained in the January 6, 2017 Intelligence Community assessment: "We further assess Putin and the Russian Government developed a clear preference for President-elect Trump."[3]

---

[1] "Closing Bell speaker and investment banker Bob Foresman talks to finance students about his passion: Russian-U.S. relations," College of Business News, Florida State University (Mar. 23, 2015).
[2] Office of the Director of National Intelligence, "Assessing Russian Activities and Intentions in Recent US Elections," ICA 2017-01D, January 6, 2017, at 2-3.
[3] Office of the Director of National Intelligence, "Assessing Russian Activities and Intentions in Recent US Elections," ICA 2017-01D, January 6, 2017, at 1.

1

EXHIBIT 93
Foresman 4
11/30/18
PENGAD 800-631-6989

The Committee is investigating these matters, and we ask that you provide the following documents in advance of your interview with the Committee, covering the time period from June 15, 2015 to the present:

1. All communications to, from, or copied to you with anyone associated with the campaign of Donald J. Trump;

2. All communication to, from, or copied to you with Alexander Torshin, Dmitry Rogozin, Aras Agalarov, Emin Agalarov, Igor Sechin, Herman Khan, Sergey Gorkov, or any representative of the Russian government or Russian state-owned banks (e.g., Sberbank, Vnesheconombank, VEB, Vneshtorgbank, VTB) relating to Donald Trump or the 2016 presidential campaign;

3. All communications concerning meetings or possible meetings between (a) Russian officials, associates, or representatives, including any individuals who purported to act or whom you believed to be acting on behalf of or in concert with Russian government officials, associates, or representatives, and (b) representatives, associates, or advisors of the campaign of Donald Trump for president;

4. All documents concerning any offers, messages, or proposals to be conveyed to the Trump campaign relating to Russia, Ukraine, U.S. sanctions, Sergey Kislyak, or Vladimir Putin; and

5. All documents concerning financial support or the provision of anything of value by foreign nationals, directly or indirectly, to the campaign of Donald Trump for president.

We appreciate your cooperation and prompt attention to this important matter and ask that you provide the requested material as soon as possible, but no later than February 7, 2018. Please contact Brian Privor on my staff at (202) 224-7703 to schedule your interview and discuss arrangements for document production.

Sincerely,

Dianne Feinstein
United States Senator

cc: The Honorable Charles E. Grassley